UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| RYCO ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: L00CV2017 |
| | ) | |
| SAN JOSE CONSTRUCTION GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION EXTENDING TIME FOR
## DEFENDANTS TO FILE RESPONSIVE PLEADINGS

IT IS STIPULATED AND AGREED between the parties that the time for filing a responsive pleading for both Defendants is October 27, 2000.

Respectfully submitted,

SAN JOSE CONSTRUCTION
GROUP, INC. and
AMERICAN HOME ASSURANCE
COMPANY

By Counsel

_____
Eric J. Darden
Daniel K. Felsen
MCMANUS, SCHOR,
ASMAR & DARDEN, L.L.P.
1301 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20036
(202) 296-9260
(202) 659-3732 (fax)

Respectfully submitted,

RYCO ASSOCIATES, INC.

By Counsel

_____
William M. Huddles  (with permission)
Kenneth K. Sorteberg
Huddles & Jones, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland 21045-3259
410-720-0072
410-720-0329 (fax)

Respectfully submitted,

SAN JOSE CONSTRUCTION
GROUP, INC. and
AMERICAN HOME ASSURANCE
COMPANY

By Counsel

_____
Eric J. Darden
Daniel K. Felsen
MCMANUS, SCHOR,
ASMAR & DARDEN, L.L.P.
1301 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20036
(202) 296-9260
(202) 659-3732 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed first-class, postage-prepaid, this 20th day of October 2000, to:

William M. Huddles, Esquire
Kenneth K. Sorteberg, Esquire
Huddles & Jones, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland 21045-3259
Counsel for Plaintiff

_____
Eric J. Darden
Daniel K. Felsen

G:\CHUCK\San Jose\Ryco\Pld\Fed.Ct\002.doc

MOTION " Granted 23rd " this ___ day
of October 20 00.

_____
BENSON EVERETT LEGG, U.S.D.J.