UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| RYCO ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: L00CV2017 |
| SAN JOSE CONSTRUCTION GROUP, INC., et al., | ) |
| Defendants. | ) |

## SUPPLEMENTAL STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS

IT IS STIPULATED AND AGREED between the parties that the time for filing a responsive pleading for both Defendants is November 10, 2000.

Respectfully submitted,                     Respectfully submitted,

SAN JOSE CONSTRUCTION                       RYCO ASSOCIATES, INC.
GROUP, INC. and
AMERICAN HOME ASSURANCE
COMPANY

By Counsel                                  By Counsel

_____               _____
Eric J. Darden                              William M. Huddles
Daniel K. Felsen                            Kenneth K. Sorteberg (with permission)
MCMANUS, SCHOR,                             Huddles & Jones, P.C.
ASMAR & DARDEN, L.L.P.                      Overlook Center, Suite 304
1301 Connecticut Avenue, N.W.               5457 Twin Knolls Road
Sixth Floor                                 Columbia, Maryland 21045-3259
Washington, D.C. 20036                      410-720-0072
(202) 296-9260                              410-720-0329 (fax)
(202) 659-3732 (fax)

APPROVED THIS /s/ DAY OF November, 2000

_____
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was mailed first-class, postage-prepaid, this 27th day of October, 2000, to:

William M. Huddles, Esquire
Kenneth K. Sorteberg, Esquire
Huddles & Jones, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland 21045-3259
Counsel for Plaintiff

Eric J. Darden
Daniel K. Felsen

G:\CHUCK\San Jose\Ryco\Pld\Fed.Ct\003.doc