UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 26, 2001

MEMORANDUM TO COUNSEL

RE: Ryco Associates, Inc. v. San Jose Construction Group, Inc., et al.
Civil #L-00-2017

Dear Counsel:

On Thursday, January 18, 2001 this Court held a telephone conference to discuss the above case. Now pending is a Joint Motion to Stay Action Pending Arbitration and a Motion to Intervene. For the reasons set forth during the telephone conference, I will GRANT V&P Insulation's Motion to Intervene without prejudice to the parties' right to file a Motion for Reconsideration in the future.

Because the parties have agreed to arbitration in an attempt to settle this dispute, I will ORDER that this action be ADMINISTRATIVELY CLOSED. Any party may move to reopen this action for good cause shown. At the end of the arbitration, the case may be reopened to enter a final judgment or settlement between the parties.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c: Court file