IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| RYCO ASSOCIATES, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| SAN JOSE CONSTRUCTION GROUP, INC., et al. | ) Case No. L-00-2017 |
| Defendants. | ) |
| and | ) |
| V&P INSULATION, INC. | ) |
| Intervener | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned J. Brian Cashmere of Watt, Tieder, Hoffar & Fitzgerald, LLP, as counsel for Defendants San Jose Construction Group, Inc. and American Home Assurance Company in the above-captioned matter.

**DATED** this 9th day of April, 2003.

                                                               Respectfully submitted,

                                                            _____/s/_____
                                                            J. Brian Cashmere, Esq.
                                                            (Md. USDC Bar No.: 14170)
                                                           Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
                                                            7929 Westpark Drive, Suite 400
                                                           McLean, VA 22102
                                                           (703) 749-1000
                                                           (703) 893-8029 (fax)

                                                           Counsel for San Jose Construction
                                                          Group, Inc. and American Home Assurance
                                                           Company