IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| RYCO ASSOCIATES, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAN JOSE CONSTRUCTION ) <br> GROUP, INC., et al. ) <br> ) <br> Defendants. ) <br> ) <br> and ) <br> ) <br> V&P INSULATION, INC. ) <br> ) <br> Intervener ) <br> ) | Case No. L-00-2017 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2003 a copy of Defendants San Jose Construction Group, Inc. and American Home Assurance Company's Notice of Appearance, which was electronically filed in this case on April 9, 2003, was mailed via first class mail, postage prepaid, to:

Mark S. Dachille, Esq.  
Huddles & Jones, P.C.  
Overlook Center, Suite 304  
5457 Twin Knolls Road  
Columbia, MD  21045

Niti Crupiti, Esq.  
1501 Georgia Avenue, Suite 404  
Wheaton, MD  20902

/s/
―――――――――――――――
J. Brian Cashmere
(Md. U.S.D.C. Bar No.: 14170)
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive, Suite 400
McLean, VA 22102
Tel: (703) 749-1000
Fax: (703) 893-8029

**DATED** this 9th day of April, 2003.

                                            Respectfully submitted,

                                            _____/s/_____
                                            J. Brian Cashmere, Esq.
                                            (Md. USDC Bar No.: 14170)
                                            Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
                                            7929 Westpark Drive, Suite 400
                                            McLean, VA 22102
                                            (703) 749-1000
                                            (703) 893-8029 (fax)

                                            Counsel for San Jose Construction
                                            Group, Inc. and American Home Assurance
                                            Company