IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| **RYCO ASSOCIATES, INC.** | * | |
| **Plaintiff** | * | |
| v. | * | Case No. L-00-2017 |
| **SAN JOSE CONSTRUCTION GROUP, INC., et al.** | * | |
| **Defendants** | * | |
| and | * | |
| **V & P INSULATION, INC.** | * | |
| **Intervener** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), the parties herein respectfully advise the Court that the above name matter has been settled and is hereby dismissed with prejudice as to all claims and parties.

_____/s/_____
J. Brian Cashmere, Esquire
(Md. USDC Bar No.: 14170)
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive, Suite 400
McLean, VA 22102-4224
Phone: 703/749-1000
Fax: 703/893-8029
*Attorneys for Defendants*
*San Jose Construction Group, Inc. and*
*American Home Assurance Company*

_____/s/_____
Mark S. Dachille, Esquire
(signed by J. Brian Cashmere with permission of Mark S. Dachille)
Huddles & Jones, P.C.
Overlook Center, Suite 304
5457 Twin Knolls Road
Columbia, Maryland 21045
Phone: 301/621-4120
Fax: 301/621-4473
*Attorneys for Plaintiff*
*Ryco Associates, Inc.*



_____/s/_____
Niti Crupiti, Esquire
(signed by J. Brian Cashmere with permission of Niti Crupiti)
1501 Georgia Avenue
Suite 404
Wheaton, Maryland 20902
Phone: 301/949-1622
Fax: 301/949-8559
*Attorney for Intervener*
*V & P Insulation, Inc.*