IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| RYCO ASSOCIATES, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAN JOSE CONSTRUCTION )<br>GROUP, INC., et al. )<br>)<br>Defendants. )<br>)<br>and )<br>)<br>V&P INSULATION, INC. )<br>)<br>Intervener )<br>) | Case No. L-00-2017 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2003 a copy of the parities' Stipulation of Dismissal, which was electronically filed in this case on April 9, 2003, was mailed via first class mail, postage prepaid, to:

Mark S. Dachille, Esq.  
Huddles & Jones, P.C.  
Overlook Center, Suite 304  
5457 Twin Knolls Road  
Columbia, MD 21045

Niti Crupiti, Esq.  
1501 Georgia Avenue, Suite 404  
Wheaton, MD 20902

                                                                                         /s/
_____
J. Brian Cashmere
(Md. U.S.D.C. Bar No.: 14170)
Watt, Tieder, Hoffar & Fitzgerald, LLP
7929 Westpark Drive, Suite 400
McLean, VA 22102
Tel: (703) 749-1000
Fax: (703) 893-8029

**DATED** this 9th day of April, 2003.

                                                  Respectfully submitted,

                                                  _____/s/_____  
                                                  J. Brian Cashmere, Esq.  
                                                  (Md. USDC Bar No.: 14170)  
                                                  Watt, Tieder, Hoffar & Fitzgerald, L.L.P.  
                                                  7929 Westpark Drive, Suite 400  
                                                  McLean, VA 22102  
                                                  (703) 749-1000  
                                                  (703) 893-8029 (fax)

                                                  Counsel for San Jose Construction  
                                                  Group, Inc. and American Home Assurance  
                                                  Company